IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOMUS BWW FUNDING, LLC,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **ARCH INSURANCE COMPANY,** *et al.*, <br><br> *Defendants*. | **Case No. 2:23-cv-00094-JDW** |

### ORDER

AND NOW, this 31st day of October, 2024, upon consideration of Plaintiffs' 1801 Admin, LLC's and Domus BWW Funding, LLC's Motion Pursuant To Fed. R. Civ. P. 60(a) and/or 59(e) To Correct, Alter or Amend The Judgment And For Clarification Of The Court's Ruling Concerning Arch's Duty To Indemnify (ECF No. 136), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED.**

It is **FURTHER ORDERED** as follows:

1. I will update the total judgment to include the $200,000 settlement payment in the *47 East* Action, which will bring the total to $3,571,149.12, plus interest;

2. Pre-judgment interest applies at a rate of 6% interest starting on December 30, 2019, as follows:

    a. For any invoices that Plaintiffs received before December 30, 2019, the prejudgment interest begins to accrue on December 30, 2019;

    b. For any invoice that Plaintiffs received after December 30, 2019, prejudgment interest begins to run on the date that Plaintiffs received the invoice;

  3. Prejudgment interest will continue to accrue until the date that I enter an amended judgment;

  4. The Parties shall confer and, on or before November 1, 2024, provide me with an updated calculation of prejudgment interest through November 1, 2024, as well as a daily calculation of prejudgment interest going forward, which I can use to enter an amended judgment; and

  5. Post-judgment will apply at the federal statutory rate beginning the date of any amended judgment, and the Parties' submission on November 1, 2024, should include a calculation of the daily rate at which postjudgment interest will accrue.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**